**2008–0008. Glick v. McClintock.**
Wayne App. No. 07CA0079.
O'DONNELL, J., dissents.

**2008–0009. Briel v. Dollar Gen. Store.**
Ashtabula App. No. 2007–A–0016, 2007-Ohio-6164.
O'CONNOR, J., dissents.

**2008–0010. Glick v. McClintock.**
Wayne App. No. 07CA0079.

**2008–0011. Anderson v. Maines Paper & Food Serv., Inc.**
Cuyahoga App. No. 89187, 2007-Ohio-6073.
LUNDBERG STRATTON, J., dissents.
O'DONNELL, J., dissents and would accept the appeal on Proposition of Law No. II.

**2008–0013. State v. White.**
Cuyahoga App. No. 89085, 2007-Ohio-5951.

**2008–0017. State v. Baker.**
Stark App. No. 2006CA00079, 2007-Ohio-6476.

**2008–0019. First Fed. Bank of Ohio v. Angelini.**
Crawford App. No. 3–07–04, 2007-Ohio-6153.

**2008–0021. Gloekler v. Allstate Ins. Co.**
Ashtabula App. No. 2007–A–0040, 2007-Ohio-6163.
LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2008–0023. Feckner v. Donley's, Inc.**
Cuyahoga App. No. 88926, 2007-Ohio-5335.
LUNDBERG STRATTON, J., dissents.

**2008–0025. Stauber v. McGrath.**
Fairfield App. Nos. 2006–CA–71 and 2006–CA–72, 2007-Ohio-6296.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2008–0026. State ex rel. Howard v. Educational Serv. Ctr.**
Lorain App. No. 07CA009096, 2007-Ohio-6145.

**2008–0027. State v. Halder.**
Cuyahoga App. No. 87974, 2007-Ohio-5940.
O'DONNELL, J., dissents and would accept the appeal on Proposition of Law Nos. I and II.

**2008–0032. State v. Holin.**
Lake App. No. 2007–L–028, 174 Ohio App.3d 1, 2007-Ohio-6255.

**2008–0040. Collett v. Steigerwald.**
Montgomery App. No. 22028, 2007-Ohio-6261.

**2008–0047. Gen. Motors Acceptance Corp. v. Mercure.**
Cuyahoga App. No. 88963, 2007-Ohio-5708.
PFEIFER, J., dissents.

**2008–0053. Abdallah v. Doctor's Assoc., Inc.**
Cuyahoga App. No. 89157, 2007-Ohio-6065.

**2008–0058. In re Scheeff.**
Cuyahoga App. No. 89846, 2007-Ohio-6081.
PFEIFER and CUPP, JJ., dissent.

**2008–0060. State v. Goodman.**
Trumbull App. No. 2006–T–0130, 2007-Ohio-6252.